JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROSEMARY HOFFMAN, | ) CASE NO. CV 09-01221-MMM(MANx) |
|---|---|
| Plaintiff(s), | ) |
| vs. | ) ORDER DISMISSING CIVIL ACTION |
| MID-WEST NATIONAL LIFE INSURANCE COMPANY OF TENNESSEE, | ) |
| Defendant(s). | ) |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __30__ **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: January 5, 2010

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE